200 F.2d 198
 PURE OIL COMPANY,
v.
Fred C. SPROUL et al.
 No. 4522.
 United States Court of Appeals Tenth Circuit.
 Nov. 13, 1952.
 
 Ben A. Harper, Chicago, Ill., and Goppert & Fitzstephens, Cody, Wyo., for appellant.
 Edward E. Murane and R. R. Bostwick, Casper, Wyo., for appellees.
 Before PHILLIPS, Chief Judge, and HUXMAN and PICKETT, Circuit Judges.
 PER CURIAM.
 
 
 1
 Reversed and remanded November 13, 1952, by agreement of the parties, without opinion.